FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 20 2010

JAMES N. HATTEN, Clerk
By: J. Wade-Childs
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVE ERIKSON,

    Plaintiff,

v.

LDG FINANCIAL SERVICES, INC.,

    Defendant.

Case No. 1:10-cv-1381

Judge Clarence Cooper

### ~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Motion to Substitute Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

_Janet King_      10/20/10
~~Judge Clarence Cooper~~      Date

cc:    E. Scott Fortas, Attorney for Plaintiff
       William D Smith, Attorney for Defendant
       Alex Simanovsky