IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVE ERICKSON             : | |
|                            : | |
|      Plaintiff,            : | |
|                            : | CIVIL ACTION NO. |
| vs.                        : | |
|                            : | 1:10-CV-1381-CC |
| FOCUS RECEIVABLES          : | |
| MANAGEMENT, LLC,           : | |
|                            : | |
|      Defendant.            : | |

### ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 36] issued by Magistrate Judge Janet F. King on February 24, 2011, recommending that Plaintiff Steve Erickson's motion to transfer venue to the Western District of North Carolina be granted and Plaintiff's alternative motion to dismiss action without prejudice be denied as moot. The record reflects that no objections to the Final Report and Recommendation have been filed and that time for filing any such objections has elapsed.

After careful review, the Court finds that the Final Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Final Report and Recommendation in its entirety and **ORDERS** that Plaintiff's motion to transfer venue to the Western District of North Carolina be **GRANTED** pursuant to 28 U.S.C. § 1404 (a).

SO ORDERED this 21st day of March , 2011.

*s/  CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE